# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM GARNER

NO. 2020 KW 1052

**OCTOBER 29, 2020**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-18-0264.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The Emergency Medical Service (EMS) reports at issue in this case are considered statements for the purpose of medical treatment and medical diagnosis in connection with treatment and records of regularly conducted business activity, and thus, they are not excluded by the hearsay rule. See La. Code Evid. art. 803(4) & (6); see also **State v. Mullen**, 2018-0643 (La. App. 1st Cir. 12/21/18), 269 So.3d 772, 783, writ denied, 2020-00408 (La. 10/6/20), ___ So.3d ___, 2020 WL 5904883. Therefore, the district court's ruling that the EMS reports were excluded from being introduced into evidence by the state because they are hearsay is reversed, and the matter is remanded for further proceedings.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT